No. M-39. ATKINSON v. OGLESBY PLANT LABORATORIES, INC.; and

No. M–40. AMERICAN LEGION POST No. 3 *v.* SEPARATION OF CHURCH AND STATE COMMITTEE ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.